UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 JUN 19 P 4:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

PLEASE RECEIPT AND RE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08 MJ 1781 |
| vs. | ORDER |
| BERNAL-GUZMAN ET AL | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

ANGEL PEREZ-BAILON

DATED: JUN 19 2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

B. LLOYD

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082